Glenn L. Moss (State Bar No. 44307)
Ann Murphy (State Bar No. 66947)
MOSS and MURPHY
1297 B Street
Hayward, CA 94541

Tel. 510-583-1155
Fax. 510 583 1299

Attorneys for Plaintiffs
JOEL and VERONICA GUTIERREZ



7/14/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEL GUTIERREZ and VERONICA GUTIERREZ,

            Plaintiffs

vs.

STATE FARM INSURANCE COMPANY, ALLY FINANCIAL COMPANY and DUNNS TOW, DOES 1-25

            Defendants
_____/

No. C 11-03111 EJD

REQUEST FOR DISMISSAL OF DUNNS TOW AND ORDER GRANTING REQUEST

    Please take notice that plaintiff voluntarily requests the Court to dismiss defendant DUNNS TOW from this litigation. Each of these parties will pay its own attorney fees and costs.

DATED: July 13, 2011.

                                  MOSS & MURPHY

                                  By_____
                                      Glen L. Moss

ORDER APPROVING REQUEST FOR DISMISSAL OF DUNNS TOW

    The above request is GRANTED.

Dated: July 14, 2011      _____
                              Edward J. Davila, US District Judge

x/gutierrez.not

-1-

PROOF OF SERVICE BY MAIL

Gutierrez v. State Farm et al [USDC No C-11-3111 EJD

I declare that:

I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1297 B Street, Hayward, California 94541.

On July 13, 2011 I served the within:

**REQUEST FOR DISMISSAL OF DUNNS TOW AND ORDER GRANTING REQUEST**

On the parties in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail, at Hayward, California, addressed as follows:

Chambers Copy, Judge Edward J. Davila
US District Court
280 S. First Street
San Jose, CA 95113

Richard Dana
Hays Scott Bonino Ellingson & McLay
e-filing only

Natalie Riedman
Severson & Werson
e-filing only

David Kornbluth
25 Metro Drive 7th Floor
San Jose, CA 95110

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 13, 2011 in Hayward, California.

gutierrez.pos

Glen L. Moss

1297 B Street
Hayward, California 94541
(510) 583-1155

-1-