MARY KATE SULLIVAN (State Bar No. 180203)
NATILEE S. RIEDMAN (State Bar No. 257871)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
ALLY FINANCIAL, INC.

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward J. Davila
7/14/2011

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOEL GUTIERREZ and VERONICA GUTIERREZ,

Plaintiffs,

vs.

STATE FARM INSURANCE COMPANY, ALLY FINANCIAL COMPANY ad DUNNS TOW, DOES 1-25,

Defendants.

Case No.: 5:11-cv-03111-EJD

**STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**

**[LOCAL RULE 6-1(a)]**

Complaint Filed: May 2, 2011

**TO ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiffs JOEL GUTIERREZ and VERONICA GUTIERREZ (hereinafter "Plaintiffs") and defendant ALLY FINANCIAL, INC. (sued as "Ally Financial Company") (hereinafter "Ally"), by and through their respective counsel of record herein, agree and stipulate as follows:

A. On July 11, 2011, Ally requested and Plaintiffs agreed to an extension of time for Ally to file a response to Plaintiffs' complaint until and including August 8, 2011.

B. This stipulation does not alter the date of any event or any deadline already fixed by the court.

WHEREFORE, the parties to this action agree and stipulate that Ally shall be permitted until and including August 8, 2011 to file a response to Plaintiffs' complaint.

DATED: July 12, 2011

SEVERSON & WERSON
A Professional Corporation

By: ______________________
Mary Kate Sullivan
Natilee S. Riedman

Attorneys for Defendant
ALLY FINANCIAL, INC.

DATED: July 13, 2011

MOSS AND MURPHY

(*)

By: ______________________
Glenn L. Moss

Attorneys for Plaintiffs
JOEL GUTIERREZ and VERONICA GUTIERREZ

(*) OK to use an electronic signature