1  MARY KATE SULLIVAN (State Bar No. 180203)
   NATILEE S. RIEDMAN (State Bar No. 257871)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5
   Attorneys for Defendant
6  ALLY FINANCIAL, INC.

**IT IS SO ORDERED**
*Judge Edward J. Davila*
8/10/2011

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL GUTIERREZ and VERONICA GUTIERREZ,<br><br>        Plaintiffs,<br><br>   vs.<br><br>STATE FARM INSURANCE COMPANY, ALLY FINANCIAL COMPANY ad DUNNS TOW, DOES 1-25,<br><br>        Defendants. | Case No.: 5:11-cv-03111-EJD<br><br>**STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>**[LOCAL RULE 6-1(a)]**<br><br>Complaint Filed:  May 2, 2011 |

**TO ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

   Plaintiffs JOEL GUTIERREZ and VERONICA GUTIERREZ (hereinafter "Plaintiffs") and defendant ALLY FINANCIAL, INC. (sued as "Ally Financial Company") (hereinafter "Ally"), by and through their respective counsel of record herein, agree and stipulate as follows:

   A.   On August 8, 2011, Plaintiffs agreed to an extension of time for Ally to file a response to Plaintiffs' complaint until and including August 22, 2011.

   B.   This stipulation does not alter the date of any event or any deadline already fixed by the court.

WHEREFORE, the parties to this action agree and stipulate that Ally shall be permitted until and including August 22, 2011 to file a response to Plaintiffs' complaint.

DATED: August 9, 2011						SEVERSON & WERSON
								A Professional Corporation


								By: /s/ Natilee S. Riedman
								        Mary Kate Sullivan
								        Natilee S. Riedman

								Attorneys for Defendant
								ALLY FINANCIAL, INC.

DATED: August 9, 2011						MOSS AND MURPHY


								By: /s/ Glenn L. Moss
								        Glenn L. Moss

								Attorneys for Plaintiffs
								JOEL GUTIERREZ and VERONICA GUTIERREZ