MARY KATE SULLIVAN (State Bar No. 180203)
NATILEE S. RIEDMAN (State Bar No. 257871)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
ALLY FINANCIAL, INC.

IT IS SO ORDERED
Judge Edward J. Davila

9/6/2011

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL GUTIERREZ and VERONICA GUTIERREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY, ALLY FINANCIAL COMPANY ad DUNNS TOW, DOES 1-25,<br><br>Defendants. | Case No.: 5:11-cv-03111-EJD<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY**<br><br>[LOCAL RULE 6-1(a)]<br><br>Complaint Filed: May 2, 2011 |

TO ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiffs JOEL GUTIERREZ and VERONICA GUTIERREZ (hereinafter "Plaintiffs") and defendant ALLY FINANCIAL, INC. (sued as "Ally Financial Company") (hereinafter "Ally"), by and through their respective counsel of record herein, agree and stipulate as follows:

A. On August 31, 2011 Ally requested and Plaintiffs agreed to an extension of time for Ally to file a reply in support of its motion to dismiss until and including September 23, 2011, in light of unavailability of counsel.

B. This stipulation does not alter the date of any event or any deadline already fixed by the court.

07462/0371/950678.1                                          STIPULATION TO EXTEND TIME TO
                                                              FILE RESPONSIVE PLEADING

WHEREFORE, the parties to this action agree and stipulate that Ally shall be permitted until and including September 23, 2011 to file a reply in support of motion to dismiss.

DATED: August 31, 2011

SEVERSON & WERSON
A Professional Corporation

By: _____
Mary Kate Sullivan
Natilee S. Riedman

Attorneys for Defendant
ALLY FINANCIAL, INC.

DATED: 8/31, 2011

MOSS AND MURPHY

By: _____
Glenn L. Moss

Attorneys for Plaintiffs
JOEL GUTIERREZ and VERONICA GUTIERREZ

07462/0371/960678.1

- 2 -

STIPULATION TO EXTEND TIME TO FILE REPLY