**DENIED**
Judge Edward J. Davila

MARY KATE SULLIVAN (State Bar No. 180203)
NATILEE S. RIEDMAN (State Bar No. 257871)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
ALLY FINANCIAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL GUTIERREZ and VERONICA GUTIERREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY, ALLY FINANCIAL COMPANY and DUNNS TOW, DOES 1-25,<br><br>Defendants. | Case No.: 11-CV-03111-EJD<br><br>**REQUEST TO APPEAR TELEPHONICALLY; [PROPOSED] ORDER**<br><br>Hearing Date: September 23, 2011<br>Time: 10:00 a.m.<br>Dept.: 1, 5th Floor<br>Judge: Hon. Edward J. Davila<br><br>Complaint Date: May 1, 2011<br>Trial Date: None Set |

PLEASE TAKE NOTICE that defendant ALLY FINANCIAL, INC. ("Defendant") respectfully requests to appear telephonically at the Case Management Conference set for September 23, 2011 at 10:00 a.m. before the Honorable Edward J. Davila.

DATED: September 14, 2011

SEVERSON & WERSON
A Professional Corporation

By: _____
Natilee S. Riedman

Attorneys for Defendant
ALLY FINANCIAL COMPANY

# ORDER

IT IS HEREBY ORDERED. The request to appear by telephone is DENED.

DATED: September 19, 2011

_____
Hon. Edward J Davila