Glenn L. Moss (State Bar No. 44307)
Ann Murphy (State Bar No. 66947)
MOSS and MURPHY
1297 B Street
Hayward, CA 94541

Tel. 510-583-1155
Fax. 510 583 1299

Attorneys for Plaintiffs
JOEL and VERONICA GUTIERREZ



IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL GUTIERREZ and VERONICA GUTIERREZ,<br><br>Plaintiffs<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY, ALLY FINANCIAL COMPANY and DUNNS TOW, DOES 1-25<br><br>Defendants_____/ | No. C 11-03111 EJD<br><br>STIPULATION FOR REFERRAL TO EARLY NEUTRAL EVALUATION BY ADR UNIT OF COURT AND ~~PROPOSED~~ ORDER |

Pursuant to the Court Order dated September 20, 2011, the parties held a conference call with the ADR Unit of this Court. At the conclusion of this call on October 6, 2011, the parties stipulated to an order referring this cause to Early Neutral Evaluation, to be completed within 120 days of appointment of the Early Neutral Evaluator. Pursuant to this Stipulation, the parties respectfully request the Court to order the ADR

-1-

1  Unit to promptly assign a Early Neutral Evaluator and
2  agree to complete this process within 120 days.

3
4  _____    _____
   Glen Moss, Attorney for       Richard Dana, Attorney
5  Plaintiffs                    for State Farm
6
                                 _____
7                                Natalie Riedman, Attorney
                                 for Ally Financial Co.
8

9                              ORDER

10

11         FOR GOOD CAUSE, it is hereby Ordered that the ADR
12  Unit appoint a Early Neutral Evaluator, and that the
13  parties are Ordered to complete the Early Neutral
14  Evaluation process within 120 days from the date of this Order.

15

16  Dated: October 18, 2011

17                                _____
                                  Edward J. Davila,
18                                United States District
                                  Judge
19  x/gutierrez.adr

20
21
22
23
24
25
26
27
28

