Glenn L. Moss (State Bar No. 44307)
Ann Murphy (State Bar No. 66947)
MOSS and MURPHY
1297 B Street
Hayward, CA 94541

Tel. 510-583-1155
Fax. 510 583 1299

Attorneys for Plaintiffs
JOEL and VERONICA GUTIERREZ



IT IS SO ORDERED
AS MODIFIED

Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL GUTIERREZ and VERONICA GUTIERREZ, | No. C 11-03111 EJD |
| Plaintiffs | STIPULATION FOR REFERRAL TO EARLY NEUTRAL EVALUATION BY ADR UNIT OF COURT AND ~~PROPOSED~~ ORDER |
| vs. | |
| STATE FARM INSURANCE COMPANY, ALLY FINANCIAL COMPANY and DUNNS TOW, DOES 1-25 | |
| Defendants | |

Pursuant to the Court Order dated September 20, 2011, the parties held a conference call with the ADR Unit of this Court. At the conclusion of this call on October 6, 2011, the parties stipulated to an order referring this cause to Early Neutral Evaluation, to be completed within 120 days of appointment of the Early Neutral Evaluator. Pursuant to this Stipulation, the parties respectfully request the Court to order the ADR

-1-

1  Unit to promptly assign a Early Neutral Evaluator and

2  agree to complete this process within 120 days.

3

4  Glen Moss, Attorney for          Richard Dana, Attorney
5  Plaintiffs                       for State Farm

6

7  Natalie Riedman, Attorney
   for Ally Financial Co.

8

9                    ORDER

10

11      FOR GOOD CAUSE, it is hereby Ordered that the ADR

12  Unit appoint a Early Neutral Evaluator, and that the

13  parties are Ordered to complete the Early Neutral

14  Evaluation process within 120 days from the date of this Order.

15

16  Dated: October 18, 2011

17

18                                   Edward J. Davila,
                                     United States District
19  x/gutierrez.adr                  Judge

20

21

22

23

24

25

26

27

28

ATTORNEYS AT LAW
1297 B STREET
HAYWARD, CALIFORNIA 94541
(510) 583-1155

-2-

Received