1  MARY KATE SULLIVAN (State Bar No. 180203)
   NATILEE S. RIEDMAN (State Bar No. 257871)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5
   Attorneys for Defendant
6  ALLY FINANCIAL, INC.

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   JOEL GUTIERREZ and VERONICA          Case No.:  5:11-cv-03111-EJD
12 GUTIERREZ,
                                        STIPULATION AND [PROPOSED]
13            Plaintiffs,               ORDER TO EXTEND TIME TO
                                        COMPLETE EARLY NEUTRAL
14      · vs.                           EVALUATION

15 STATE FARM INSURANCE COMPANY,        Complaint Filed:  May 2, 2011
   ALLY FINANCIAL COMPANY ad DUNNS
16 TOW, DOES 1-25,

17            Defendants.

18

19 **TO THE COURT,  ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS**

20 **OF RECORD:**

21        Plaintiffs JOEL GUTIERREZ and VERONICA GUTIERREZ (hereinafter "Plaintiffs")

22 and defendants ALLY FINANCIAL, INC. (sued as "Ally Financial Company") (hereinafter

23 "Ally") and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (sued as

24 "State Farm Insurance Company") (collectively the "Parties"), by and through their respective

25 counsel of record herein, agree and stipulate as follows:

26        A. ·     On August 18, 2011, Ally filed a motion to dismiss Plaintiffs' complaint.  (Docket

27 entry no. 27.)  The motion to dismiss was taken under submission on December 6, 2011 without

28 oral argument.  (Docket entry no. 33.)  The Court has yet to render a decision on the motion to

1   dismiss.

2   B.      On October 18, 2011, upon the agreement of the Parties, the above-captioned

3   Court referred the Parties to early neutral evaluation ("ENE") and ordered the Parties to complete

4   the ENE process by February 15, 2012.  (Docket entry nos. 28, 29.)

5   C.      The Parties are prepared to complete the ENE process as necessary and in order to

6   comply with the Court's order.  However, to achieve a more productive ENE session, so the

7   Parties may have a clearer idea of the issues to be discussed at the ENE session, and to preserve

8   the resources of the Parties, the Parties hereby submit their stipulated request for a Court order

9   continuing the Parties' deadline to complete the ENE process by 90 days.  The Parties are hopeful

10  that such a continuance would allow sufficient time for the Court to issue its order on the pending

11  motion to dismiss and for the Parties to make a more accurate determination of the issues

12  pertinent to the case and to meaningfully prepare for a productive ENE process.

13  WHEREFORE, the Parties to this action submit their stipulated request that the Court

14  continue their deadline to complete the ENE process by 90 days, until and including May 15,

15  2012.

16  DATED:  January 12, 2012                    SEVERSON & WERSON
17                                              A Professional Corporation

18

19                                              By:/s/ Natilee S. Riedman
20                                                   Mary Kate Sullivan
                                                     Natilee S. Riedman

21                                              Attorneys for Defendant
22                                              ALLY FINANCIAL, INC.

23  DATED:  January 12, 2012                    MOSS AND MURPHY

24

25                                              By:/s/  Glenn L. Moss
26                                                   Glenn L. Moss

27                                              Attorneys for Plaintiffs
                                                JOEL GUTIERREZ and VERONICA
28                                              GUTIERREZ

- 2 -

07462/0371/2093276.1                            STIPULATION AND [PROPOSED] ORDER TO CONTINUE
                                                EARLY NEUTRAL EVALUATION DEADLINE

DATED:  January 12, 2012

HAYES, SCOTT, BONINO, ELLINGTON & MCLAY, LLP


By: /s/  Richard Dana
                          Richard Dana

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY


## [PROPOSED] ORDER

Pursuant to the stipulated request by all parties to this action and good cause appearing, the Court ORDERS as follows:

The Parties' deadline to complete the early neutral evaluation process is continued by 90 days, until and including May 15, 2012.

IT IS SO ORDERED.


Dated:  January 13, 2012


                                    Edward J. Davila,
                                    United States District Court Judge

07462/0371/2093276.1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
EARLY NEUTRAL EVALUATION DEADLINE