<div style="writing-mode: vertical">United States District Court
For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL GUTIERREZ, et. al.,<br><br>            Plaintiff(s),<br>  v.<br><br>STATE FARM MUTUAL INSURANCE COMPANY, et. al.,<br><br>            Defendant(s). | CASE NO. 5:11-cv-03111 EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

      The above-entitled matter is scheduled for an Interim Case Management Conference on February 10, 2012, at 10:00 a.m. See Docket Item No. 26. Although the parties failed to file a Joint Case Management statement as required, the court nonetheless finds a Case Management Conference unnecessary at this time.

      Accordingly, the conference scheduled for February 10, 2012, is VACATED. Instead, the court schedules a Preliminary Pretrial Conference for **May 11, 2012, at 11:00 a.m.** The parties shall file a Joint Preliminary Pretrial Conference Statement no later than **May 1, 2012.**

**IT IS SO ORDERED.**

Dated: February 8, 2012

                                            EDWARD J. DAVILA
                                            United States District Judge