<strong>UNITED STATES DISTRICT COURT</strong><br><em>For the Northern District of California</em>

UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| JOEL GUTIERREZ, et al.,<br>        Plaintiffs, | No. C 11-3111 EJD |
| v.<br>STATE FARM INSURANCE COMPANY, et al.<br>        Defendants._____/ | **ORDER RE: ATTENDANCE AT ENE**<br><br>Date:        July 27, 2012<br>Evaluator:   Tia Welch Maerz |

IT IS HEREBY ORDERED that the request to excuse defendant Ally Financial's corporate representative from personal attendance at the July 27, 2012, ENE session before Tia Welch Maerz is GRANTED. The representative shall participate telephonically for the duration of the ENE unless or until excused by the Evaluator in accordance with ADR L.R. 5-10(f).

IT IS SO ORDERED.

June 25, 2012                                      By:  _____
Dated                                                              Donna M. Ryu
                                                                United States Magistrate Judge

[GRANTED stamp — Judge Donna M. Ryu]